**IPP International U.G. Declaration Exhibit A**
**File Hashes for IP Address 173.72.158.24**

**ISP:** Verizon Online, LLC
**Physical Location:** Ashburn, VA

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 06/17/2018 17:35:28 | FE9723DCA5FAB9D588827FA6166C6D5B01687500 | Sunset Love |
| 05/13/2018 15:18:53 | BCC6142F2347A53D8491834CCD2AE9C8DF7E816A | A Walk To Remember |
| 05/06/2018 16:54:58 | 7B12F64D5C9267691D14DDAB2E0836AAC434F356 | Ticket To Bliss |
| 04/15/2018 18:03:56 | DA30F6D9D9C199002A127EF2A54036E409C4DD79 | Lingerie Birthday Surprise |
| 03/22/2018 15:42:29 | B84D89B496749C0AFBDB2EDE3A1701AFBEFB7BA9 | Everybody Plays Three Ways |

**Total Statutory Claims Against Defendant: 5**

EXHIBIT A

EVA416